No. 00–10616. DEBARDELEBEN v. BLACK, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND,

ET AL. C. A. 4th Cir. Certiorari denied.